```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DIEGO ABREGO AREVALO, et al.,                               :
                                                            :
                              Petitioners,                  :
                                                            :          20-cv-2982 (VSB)
              -against-                                     :
                                                            :             ORDER
THOMAS DECKER, et al.,                                      :
                                                            :
                              Respondents.                  :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2020
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the parties' letters dated April 14, 2020, requesting transfer of this action to the District of New Jersey and waiver of the seven-day waiting period of transfer established by Local Civil Rule 83.1.  (Docs. 8–9.)  Accordingly, it is hereby:

ORDERED that the parties' requests to transfer venue to the District of New Jersey and to waive the seven-day waiting period are GRANTED.

IT IS FURTHER ORDERED that Petitioner's motion for temporary restraining order, (Doc. 2), is DENIED as moot.

The Clerk of Court is respectfully directed to close the motions at Document 3, and to transfer the case forthwith to the District of New Jersey.  The seven-day waiting period set forth in Local Rule 83.1 shall be waived.

SO ORDERED.

Dated: April 15, 2020
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge